AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DODD, DOUGLAS D. | MIDDLE DISTRICT OF LOUISIANA | 04/24/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

707 FLORIDA ST.
STE. 236
BATON ROUGE, LOUISIANA 70801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST # 1 CLASS TRUST (SEE NOTE IN PART VIII) |
| 2. | TRUSTEE | TRUST # 2 CLASS TRUST (SEE NOTE IN PART VIII) |
| 3. | ADJUNCT PROFESSOR OF LAW | LOUISIANA STATE UNIVERSITY LAW CENTER |
| 4. | ADJUNCT PROFESSOR OF LAW | SOUTHERN UNIVERSITY LAW CENTER |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | LOUISIANA STATE UNIVERSITY LAW CENTER - TEACHING SALARY | $2,200.00 |
| 2. 2017 | SOUTHERN UNIVERSITY LAW CENTER - TEACHING SALARY | $3,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL ASSOCIATION OF BANKRUPTCY TRUSTEES | MARCH 1-5, 2017 | SAN JUAN, PUERTO RICO | EDUCATIONAL SEMINAR SPEAKER | TRANSPORTATION, LODGING, MEALS |
| 2. | UNIVERSITY OF TEXAS CONSUMER BANKRUPTCY LAW CONFERENCE | JULY 20-21, 2017 | GALVESTON, TX | EDUCATIONAL SEMINAR SPEAKER | TRANSPORTATION, LODGING, MEALS |
| 3. | NATIONAL ASSOCIATION OF BANKRUPTCY TRUSTEES | SEPTEMBER 15-16, 2017 | NEW ORLEANS, LA | EDUCATIONAL SEMINAR SPEAKER | TRANSPORTATION, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| DODD, DOUGLAS D. | 04/24/2018 |

| 4. | ASSOCIATION OF BANKRUPTCY JUDICIAL ASSISTANTS | OCTOBER 17-18, 2017 | MEMPHIS, TN | EDUCATIONAL SEMINAR SPEAKER | TRANSPORTATION, LODGING, MEALS |
|---|---|---|---|---|---|
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DODD, DOUGLAS D. | 04/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DODD, DOUGLAS D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | TENET HEALTHCARE CORP. 401(K) PLAN | | | | | | | | | |
| 2. | -- Vanguard Inst. Index Fund | A | Int./Div. | J | T | | | | | |
| 3. | -- FID Growth Company | A | Int./Div. | J | T | | | | | |
| 4. | -- DFA US Lg Cap Value | A | Int./Div. | J | T | | | | | |
| 5. | FIDELITY HOMESTEAD ASS'N IRA (MONEY MARKET) | A | Interest | J | T | | | | | |
| 6. | WHITNEY NATIONAL BANK ACCOUNTS | A | Interest | L | T | | | | | |
| 7. | CAPITOL ONE BANK ACCOUNT | | None | J | T | | | | | |
| 8. | CAMPUS FEDERAL CREDIT UNION ACCOUNTS | A | Int./Div. | J | T | | | | | |
| 9. | NORTHWESTERN MUTUAL LIFE: WHOLE LIFE POLICY | A | Dividend | K | T | | | | | |
| 10. | NORTHWESTERN MUTUAL LIFE: WHOLE LIFE POLICY | A | Dividend | J | T | | | | | |
| 11. | BRIGHTHOUSE WHOLE LIFE POLICY | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I -

LINE 1 - TRUST #1 CLASS TRUST IS AN UNFUNDED TRUST THAT WAS ESTABLISHED TO RECEIVE THE PROCEEDS OF LIFE INSURANCE POLICIES. THE INSURED IS STILL LIVING, AND THE TRUSTEE HAS NO ASSET VALUED AT MORE THAN $1000. THE FILER, SPOUSE AND CHILDREN DID NOT CREATE THE TRUST, HAVE NEVER RECEIVED ANY INCOME FROM THE TRUST AND HAVE NEVER HAD A BENEFICIAL INTEREST IN THE TRUST.

LINE 2 - TRUST # 2 CLASS TRUST OWNS 70% OF THE MEMBERSHIP INTERESTS IN DODD INVESTMENTS, LLC, A LOUISIANA LIMITED LIABILITY COMPANY. THE FILER HAS NO CONTROL OVER THE LIMITED LIABILITY COMPANY, WHICH HAS NO ASSETS. THE FILER, SPOUSE AND CHILDREN DID NOT CREATE THE TRUST, HAVE NEVER RECEIVED ANY INCOME FROM THE TRUST AND HAVE NEVER HAD A BENEFICIAL INTEREST IN THE TRUST.

PART VII -

LINE 7 - CAPITOL ONE BANK ACCOUNT IS NOT AN INTEREST BEARING ACCOUNT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DOUGLAS D. DODD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544